**STATE of Missouri, Respondent,**

v.

**David L. MCCANNON, Appellant.**

**WD 79592**

Missouri Court of Appeals, Western District.

Order filed: December 26, 2017

Evan J. Buchheim, Jefferson City, for Respondent

Samuel E. Buffaloe, for Appellant

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge, and Alok Ahuja, Judge

## ORDER

PER CURIAM:

David McCannon appeals his conviction after jury trial in the Johnson County Circuit Court of one count of the class C felony of possession of a controlled substance. He presents two points on appeal. First, he claims the trial court erred in overruling his *Batson* objection. Second, he claims that his conviction is not supported by sufficient evidence. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. Rule 30.25(b). The judgment is affirmed.